Order issued October 3, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01369-CV

## STEPHEN M. AVDEEF, Appellant

V.

## PATRICK W. POWERS, INDIVIDUALLY AND AS FORMER PARTNER OF CASH KLEMCHUK POWERS TAYLOR LLP N/K/A POWERS TAYLOR, LLP, Appellee

## ORDER

The Motion for Rehearing filed by appellant is hereby DENIED.

_____
JIM MOSELEY
JUSTICE